IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MARYLEE ARRIGO,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

    v.        Case No. 13-cv-437-bbc

LINK STOP, INC.,

        Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Link Stop, Inc. against plaintiff Marylee Arrigo dismissing this case with prejudice.


    _____s/ A. Wiseman, Deputy Clerk_____    _____11/22/2013_____
        Peter Oppeneer, Clerk of Court                    Date