APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGEMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

---

Marylee Arrigo,             File No. 13-cv-437-bbc

   Plaintiff,

     v.                                  **NOTICE OF APPEAL**

Link Stop, Inc.,

   Defendant.

---

Notice is hereby given that plaintiff, Marylee Arrigo, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Judgment filed in this action on the 22nd day of November, 2013.

                                           Respectfully submitted by:

                                           NICHOLS KASTER, PLLP

Dated: Dec. 18, 2013           <u>s/James H. Kaster</u>

                                           James H. Kaster, WI Bar # 1001474
                                                 E-mail: kaster@nka.com
                                           Bonnie M. Smith, WI Bar #1079793
                                                 E-mail: bsmith@nka.com
                                           4600 IDS Center
                                           80 South Eighth Street
                                           Minneapolis, Minnesota 55402
                                           Office: (612) 256-3200

                                       ATTORNEYS FOR MARYLEE ARRIGO